IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROB NEVILLE,

    Plaintiff,

v.                                              CASE NO. 1:12cv160-SPM/GRJ

CORIZON, FNC, DR. COLON,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 26, 2012 (doc. 9). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2.    The motion for leave to proceed in forma pauperis (doc. 5) is

granted for the limited purpose of screening this case.

3. This case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). The dismissal operates as a strike pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 29th day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge